John McIntyre, Jr., and others, *Respondents, v.* John C. Seager and others, *Appellants.* — Order affirmed, with ten dollars costs and disbursements.

Malvina M. Seabra, *Respondent, v.* Antonio R. Seabra, *Appellant.* — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

Aurelio Arango, *Respondent, v.* Juan B. Macias, *Appellant.* — Judgment affirmed.

The People of the State of New York *ex rel.* John Ross, *Appellant, v.* Hubert O. Thompson, *Commissioner of Public Works, Respondent.* — Order affirmed, with ten dollars costs and disbursements.

In the Matter of the Commissioners of the Central Park. — Order affirmed, with ten dollars costs and disbursements in each case.

Jane Moncrief, *Appellant, v.* Melancthon C. Lockwood, *Respondent.* — Judgment affirmed.

In the Matter of Edward Roberts. — Order affirmed, with ten dollars costs and disbursements.

The Diamond Match Company, *Respondent, v.* William Roeber, *Appellant.* — Order affirmed, with ten dollars costs and disbursements.

Zachariah E. Simmons, *Appellant, v.* Cornelius J. Vanderbilt, *Respondent.* — Order affirmed, with ten dollars costs and disbursements.

James M. Shaw and another, *Appellants. v.* Charles S. Frost, *Respondent.* — Judgment reversed, new trial ordered, costs to abide event. Opinion by Davis, P. J.

Julius Witkowski, *Respondent, v.* James W. Paramore, *Appellant.* — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

The Bank for Savings in the City of New York, *Respondent, v.* Samuel H. Kniffen, *as Administrator, etc., Appellant, Impleaded,* with others. — Order affirmed, with costs of appeal to abide event. Opinion by Davis, P. J.

William C. Baur, *Appellant, v.* John F. Betz, *Respondent.* — Order affirmed, with ten dollars costs and disbursements on opinion of Donohue, J.

The People of the State of New York, *Respondents, v.* George Smith, *Appellant.* — Judgment affirmed.

James C. Fargo, *as President, etc., Respondent, v.* William Milburn and others, *Appellants.* — Judgment affirmed.

William S. Lamson, *Respondent, v.* George A. Boynton, *Appellant.* — Order reversed, without costs. Opinion by Daniels, J., and by Davis, P. J., dissenting.